UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:24-cr-00146

NOLVIN ALFREDO-DIAZ

### ORDER

On February 5, 2025, all counsel and the Defendant appeared for a guilty plea hearing. The single-count Indictment charges the Defendant with being found in the United States, in the Southern District of West Virginia, after having been convicted of a felony and removed from the United States, and having not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. §§ 1326(a) and (b)(1). [ECF 2]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on May 8, 2025. [ECF 39]. Objections in this case were due on May 22, 2025. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[ECF 39].** The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:   June 16, 2025



Frank W. Volk
Chief United States District Judge